**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROBERT LEE HILL, JR., ADC #161627                                    PLAINTIFF

v.                                    NO: 4:17CV0493 JLH

MICHEAL McGOO, *et al*.                                    DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 14th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE